FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01311 BNB

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

NICOLE HUGHES, and
PAUL HUGGINS,

    Plaintiffs,

v.

KEITH A. COLEMAN, I.D. # 92069,
JOHN GOODFELLOW, I.D. # 74066,
GREGORY INNES, I.D. # 90018,
TIMOTHY M. SULLICAN, I.D. # 9007,
CRAIG SCHMACKER, House of Rental's,
UNITED STATES GOVERNMENT, et al.,
COLORADO STATE GOVERNMENT, and
SUPREME COURT OF THE UNITED STATES,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND INSTRUCTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs have submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Plaintiffs also are instructed that they both must sign the Complaint form.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) _x_ is not submitted by Ms. Nicole Hughes
(2) ___ is missing affidavit
(3) _xx_ is missing certified copies of Plaintiffs' trust fund account statements for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by both named Plaintiffs
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the Court's current form)
(12) _x_ pleading submitted is missing an original signature by Ms. Nicole Hughes
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the Court. Only an original has been received.
(16) ___ Sufficient copies of the complaint for service on each defendant/respondent have not been received by the court.
(17) _x_ names in caption do not match names in text
(18) _x_ Other-Missing address of Nicole Hughes.

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order.** Any paper that either Plaintiff files in response to this Order must include the civil action number that is in the caption of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Paul Huggins, together with a copy of this Order, two copies of a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and two copies of a Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiffs shall submit separate properly certified trust fund account statements. It is

FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies, **within thirty days from the date of this Order** the Complaint and action shall be dismissed without further notice.

DATED at Denver, Colorado, this 19th day of June, 2008.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **08-CV-01311**

Paul Huggins
Prisoner No. 1588489
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on _6/24/08_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk