IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01311-BNB

NICOLE HUGHES, and
PAUL HUGGINS,

    Plaintiffs,

v.

KEITH A. COLEMAN, I.D. # 92069,
JOHN GOODFELLOW, I.D. # 74066,
GREGORY INNES, I.D. #90018,
TIMOTHY M. SULLIVAN, I.D. #90007,
CRAIG SCHMACKER, House of Rental's,
UNITED STATES GOVERNMENT,
COLORADO STATE GOVERNMENT, and
SUPREME COURT OF THE UNITED STATES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2008

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Plaintiff Paul Huggins currently is detained at the Denver County Jail in Denver, Colorado. He has submitted to the Court a *pro se* Prisoner Complaint that names himself and Nicole Hughes as Plaintiffs. Mr. Huggins also submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a copy of his trust fund account statement. In an order entered on June 20, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Huggins to submit a certified copy of his inmate trust fund account statement in support of the § 1915 Motion and to submit a Complaint that lists the same Defendants in both the caption and in the text of the Complaint. Ms. Hughes was

instructed to file a 28 U.S.C. § 1915 Prisoner's Motion and Affidavit, a certified copy of her trust fund account statement, and to sign the Complaint form. Plaintiffs were warned that the action would be dismissed without further notice if they failed to cure the deficiency within thirty days.

On July 7, 2008, Mr. Huggins submitted a pleading titled, "Kids Against Alcohol Drugs and a KAADAC the First Black Ministry (Nations of Isrum Unitd [sic] States Supreme National Inc.)." The pleading is nonresponsive to Magistrate Judge Boland's June 20, 2008, Order. Ms. Hughes has failed to communicate with the Court in any manner. As a result, Plaintiffs have failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 11 day of Aug, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01311-BNB

Paul Huggins
Prisoner No. 1588489
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/11/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk