IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01311-ZLW

NICOLE HUGHES, and
PAUL HUGGINS,

      Plaintiffs,

v.

KEITH A. COLEMAN, I.D. #92069,
JOHN GOODFELLOW, I.D. #74066,
GREGORY INNES, I.D. #90018,
TIMOTHY M. SULLIVAN, I.D. #90007,
CRAIG SCHMACKER, House of Rental's,
UNITED STATES GOVERNMENT,
COLORADO STATE GOVERNMENT, and
SUPREME COURT OF THE UNITED STATES,

      Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

      Plaintiff, Paul Huggins, submitted a Notice of Appeal on September 2, 2008. The court has

determined that the document is deficient as described in this order. Plaintiff will be directed to cure

the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
        <u>X</u>    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
        and Fed. R. App. P. 24**:
        __    is not submitted
        __    is not on proper form (must use the court's current form)
        __    is missing original signature by plaintiff/petitioner on motion
        __    is missing affidavit
        __    affidavit is incomplete

   \_\_       is missing original signature by plaintiff/petitioner on affidavit

   X      affidavit is not properly notarized

   \_\_      other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  3rd  day of    September   , 2008.

BY THE COURT:

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court